IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DARLENE MOORE,            **JUDGMENT IN A CIVIL CASE**

           Plaintiff,

                                           Civil Action No.
v.                                   07-0318-CV-W-REL

MICHAEL J. ASTRUE,

           Defendant.


\_\_\_\_\_    **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

 xx    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED:

       that Plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED:

       that the decision of the Commissioner is affirmed.


                                                      Patricia L. Brune, Clerk

Order Date: March 12, 2008            By   /s/ Bonnie J. Rowland
Entered Date: March 19, 2008                   Deputy Clerk